1  Edward F. Mitchell    (California State Bar # 135557)
   LAW OFFICES OF EDWARD F. MITCHELL
2  1750 Montgomery Street
   San Francisco, California  94111
3  (415) 265-4220            DIRECT
   (415) 954-8517            RECEPTION
4  (415) 449-3562            FAX
   EFMLawSF@juno.com         E-MAIL
5
   Attorneys for plaintiffs ALAN J. WATSON;
6  CASH FLOW FINANCIAL, LLC, a Michigan limited
   liability company; GALVESTON MATRIX
7  DIVERSIFIED TRUST, an Ohio business trust;
   and DAVID F. KLIMA, individually and in his
8  capacity as Trustee of Galveston Matrix
   Diversified Trust
9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

14  ALAN J. WATSON; CASH FLOW            )   Case No. CV-10-1394-(EMC)
15  FINANCIAL, LLC, a Michigan limited   )
    liability company; GALVESTON MATRIX  )   STIPULATION AND [PROPOSED]
16  DIVERSIFIED TRUST, an Ohio business  )   ORDER RE JOINT APPLICATION
    trust; and DAVID F. KLIMA, individually )  FOR CONTINUANCE OF DEADLINE
17  and in his capacity as Trustee of Galveston )  FOR FILING OF F. R. Civ. P. 26(f)
    Matrix Diversified Trust,            )   REPORT AND CONTINUANCE
18                                       )   OF INITIAL CASE
                                         )   MANAGEMENT
19              Plaintiffs,              )   CONFERENCE
                                         )
20                                       )
          v.                             )
21                                       )   DATE:   JULY 14, 2010
    SOLDADO CORPORATION, a California    )   TIME:   1:30 PM
22  corporation; GABRIEL GONZALES, JR.;  )   ROOM:   COURTROOM C
    JC FUNDING SOLUTIONS, INC. a Min-    )           15TH FLOOR
23  nesota corporation; JOSE ISRAEL      )
    CASTILLO ROBLES; BRIAN J. ENGEL;     )
24  BJE, INC., a Minnesota corporation;  )
    and DOES 1 through 10, inclusive,    )
25                                       )
                                         )
26              Defendants.              )
                                         )
27                                       )
                                         )
28  _____)

   STIPULATION AND ORDER RE JOINT APPLICATION FOR CONTINUANCE OF DEADLINE
   FOR FILING OF F. R. Civ. P. RULE 26(f) REPORT AND CONTINUANCE
   OF INITIAL CASE MANAGEMENT CONFERENCE
   Page 1

1  Counsel for plaintiffs ALAN J. WATSON; CASH FLOW FINANCIAL, LLC, a
2  Michigan limited liability company; GALVESTON MATRIX DIVERSIFIED TRUST, an
3  Ohio business trust; and DAVID F. KLIMA, individually and in his capacity as Trustee of
4  Galveston Matrix Diversified Trust, and counsel for defendants SOLDADO CORPORA-
5
6  TION, a California corporation (Soldado) and GABRIEL GONZALEZ, JR. (Gonzalez), he-
7  reby stipulate and agree, and jointly apply to the Court for an order approving their stipula-
8  tion, that the Initial Case Management Conference now scheduled for July 14, 2010 be post-
9  poned for 45 days, and that the other deadlines set forth in the April 1, 2010 Order Setting
10  Initial Case Management Conference be postponed in relation to the new Initial Case Man-
11
12  agement Conference date to be set by the Court. As grounds for this stipulation and joint ap-
13  plication for a continuance, the parties (as indicated) state the following:

14  1.  No party previously has applied for any extension of time on any subject.
15  2.  Plaintiffs' counsel represents as follows: although defendants Soldado and
16  Gonzalez have entered appearances and answered the complaint, there are A)
17
18  other defendants who have been served, but who have not yet answered or ap-
19  peared; B) a defendant who is being served by publication, in process; and, C)
20  a defendant who has not yet been located for service of process. Defendants
21  Brian J. Engel (Engel), BJE, Inc. (BJE), and JC Funding Solutions, Inc.
22
23  (JCFS) are important defendants. BJE and JCFS, both Minnesota corpora-
24  tions, have been served in accordance with Minnesota law as of June 29, 2010
25  (via service upon the Minnesota Secretary of State), and these defendants have
26  time remaining within which to enter appearances and respond to the com-
27
28

STIPULATION AND ORDER RE JOINT APPLICATION FOR CONTINUANCE OF DEADLINE
FOR FILING OF F. R. Civ. P. RULE 26(f) REPORT AND CONTINUANCE
OF INITIAL CASE MANAGEMENT CONFERENCE
Page 2

1    plaint. Service on defendant Engel by publication is in process in accordance

2    with Minnesota law. Defendant Jose Israel Castillo Robles is a resident of

3    Mexico and has not yet been located for service. The parties therefore have

4    not yet been able to confer effectively regarding initial disclosures, early set-

5
     tlement, and discovery plans, or to submit a meaningful F. R. Civ. P. 26(f)
6
7    Report.

8        3.   Because of the absence of certain defendants, it has not been possible to assess

9             with any reasonably accuracy many of the issues that must be addressed in the

10            parties' JOINT CASE MANAGEMENT STATEMENT, including: potential motions;

11
              claims and defenses to be asserted by entering defendants; discovery planning
12
13            and identification of issues that may require adjudication; and scheduling of

14            pre-trail activities.

15       4.   Defendants Soldado and Gonzalez have provided some informal discovery to

16            plaintiffs, and have indicated that more such informal discovery may be forth-
17
18            coming, but the parties (both those already appearing and, presumably, those

19            who have been served but not yet entered appearances) need additional time in

20            which to prepare initial disclosures and prepare a proper discovery plan.

21       WHEREFORE plaintiffs and defendants Soldado Corporation and Gabriel Gonzalez,

22
     Jr. request a postponement of the currently scheduled Initial Case Management Conference
23
24   for approximately 45 days, and the postponement of related deadlines so as to properly relate

25   to the new date for the Initial Case Management Conference.

26   ///

27

28

STIPULATION AND ORDER RE JOINT APPLICATION FOR CONTINUANCE OF DEADLINE
FOR FILING OF F. R. Civ. P. RULE 26(f) REPORT AND CONTINUANCE
OF INITIAL CASE MANAGEMENT CONFERENCE
Page 3

1            A proposed order in the form of an endorsement of this stipulation, in accordance

2   with USDC NDCA Local Rule 7-12, is provided below.

3

4   DATED:  July 12, 2010

5

6                             LAW OFFICES OF EDWARD F. MITCHELL

7

8                                 s/  Edward F. Mitchell

9

10                   By_____

                              EDWARD F. MITCHELL

11                               EFMLawSF@juno.com

12                   Attorney for plaintiffs

13

14   DATED:  July 12, 2010

15                     BRIAN W. NEWCOMB, ATTORNEY AT LAW

16

                              s/ Brian W. Newcomb

17

18                   By_____

19                            BRIAN W. NEWCOMB

                            brianwnewcomb@gmail.com

20

21                   Attorney for defendants SOLDADO CORPORATION,

                  a California corporation; and GABRIEL

22                   GONZALEZ, JR.

   ///

23

24    ///

25    ///

26    ///

27

28

STIPULATION AND ORDER RE JOINT APPLICATION FOR CONTINUANCE OF DEADLINE
FOR FILING OF F. R. Civ. P. RULE 26(f) REPORT AND CONTINUANCE
OF INITIAL CASE MANAGEMENT CONFERENCE
*Page 4*

1

**ORDER**

2   PURSUANT TO STIPULATION, IT IS SO ORDERED.    The Case Management
    Conference is reset for 8/25/10 at 1:30 p.m.  A joint CMC statement shall be filed
3   Date: July 13, 2010        by 8/18/10.  Plaintiffs shall served a copy of this order upon
                               all defendants.

4

5

6   

7

8   _____

9   UNITED STATES DISTRICT
    JUDGE/MAGISTRATE

10

11              EDWARD M. CHEN
         UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER RE JOINT APPLICATION FOR CONTINUANCE OF DEADLINE
FOR FILING OF F. R. Civ. P. RULE 26(f) REPORT AND CONTINUANCE
OF INITIAL CASE MANAGEMENT CONFERENCE
*Page 5*