Edward F. Mitchell    (California State Bar # 135557)
LAW OFFICES OF EDWARD F. MITCHELL
1750 Montgomery Street
San Francisco, California  94111
(415) 265-4220           DIRECT
(415) 954-8517           RECEPTION
(415) 449-3562           FAX
EFMLawSF@juno.com        E-MAIL

Attorneys for plaintiffs ALAN J. WATSON; CASH FLOW FINANCIAL, LLC, a Michigan limited liability company; GALVESTON MATRIX DIVERSIFIED TRUST, an Ohio business trust; and DAVID F. KLIMA, individually and in his capacity as Trustee of Galveston Matrix Diversified Trust

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALAN J. WATSON; CASH FLOW FINANCIAL, LLC, a Michigan limited liability company; GALVESTON MATRIX DIVERSIFIED TRUST, an Ohio business trust; and DAVID F. KLIMA, individually and in his capacity as Trustee of Galveston Matrix Diversified Trust,<br><br>      *Plaintiffs,*<br><br>    *v.*<br><br>SOLDADO CORPORATION, a California corporation; GABRIEL GONZALES, JR.; JC FUNDING SOLUTIONS, INC. a Minnesota corporation; JOSE ISRAEL CASTILLO ROBLES; BRIAN J. ENGEL; BJE, INC., a Minnesota corporation; and DOES 1 through 10, inclusive,<br><br>      *Defendants*. | Case No. CV-10-1394-(EMC)<br><br>STIPULATION AND [P~~ROP~~OSED] ORDER RE JOINT APPLICATION FOR CONTINUANCE OF DEADLINE FOR FILING OF F. R. Civ. P. 26(f) REPORT AND CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE<br><br>DATE:   AUGUST 25, 2010<br>TIME:   1:30 PM<br>ROOM:  COURTROOM C<br>             15TH FLOOR |

Counsel for plaintiffs ALAN J. WATSON; CASH FLOW FINANCIAL, LLC, a Michigan limited liability company; GALVESTON MATRIX DIVERSIFIED TRUST, an Ohio business trust; and DAVID F. KLIMA, individually and in his capacity as Trustee of Galveston Matrix Diversified Trust, and counsel for defendants SOLDADO CORPORATION, a California corporation (Soldado) and GABRIEL GONZALEZ, JR. (Gonzalez), hereby stipulate and agree, and jointly apply to the Court for an order approving their stipulation, that the Initial Case Management Conference now scheduled for August 25, 2010 be postponed for 45 days, and that the other deadlines set forth in the Court's July 13, 2010 order continuing the Initial Case Management Conference be postponed in relation to the new Initial Case Management Conference date to be set by the Court. As grounds for this stipulation and joint application for a continuance, the parties (as indicated) state the following:

1. The stipulating parties earlier applied once for a continuance of the initial CMC, which request was granted July 13, 2010. No party otherwise has applied for any extension of time on any subject.

2. The stipulating parties have filed consent to the assignment of this action to Magistrate Judge Edward M. Chen for all purposes, and wish to proceed before him. Defendants Brian J. Engel and BJE, Inc. (in the form of a letter to the Court that is in the answer of an answer dated July 30, 2010), and defendants JC Funding Solutions, Inc. and Jose Israel Castillo Robles (in the form of a letter to the Court dated August 2, 2010 requesting additional time to respond to the complaint) have not as of yet consented to the assignment of this action to Judge Chen for all purposes. The stipulating parties seek additional

       time before the scheduled initial CMC so that these newly-appearing defendants may have time to respond to inquiries/initiatives from the Court seeking their consent to appear before Judge Chen so that this case need not be transferred to an already-confirmed Article III Judge.

3.    The parties have not yet been able to confer effectively regarding initial disclosures, early settlement, and discovery plans, or to submit a meaningful F. R. Civ. P. 26(f) Report because some defendants have not yet responded fully to the complaint.

4.    Because of the recent appearances of some defendants, it has not been possible to assess with any reasonable accuracy many of the issues that must be addressed in the parties' JOINT CASE MANAGEMENT STATEMENT, including: potential motions; claims and defenses to be asserted by entering defendants; discovery planning and identification of issues that may require adjudication; and scheduling of pre-trail activities.

5.    Defendants Soldado and Gonzalez have provided some informal discovery to plaintiffs, and have indicated that more such informal discovery may be forthcoming, but the parties (both those already appearing and, presumably, those who have been served but not yet entered appearances) need additional time in which to prepare initial disclosures and prepare a proper discovery plan.

WHEREFORE plaintiffs and defendants Soldado Corporation and Gabriel Gonzalez, Jr. request a postponement of the currently scheduled Initial Case Management Conference

for approximately 45 days, and the postponement of related deadlines so as to properly relate to the new date for the Initial Case Management Conference.

    A proposed order in the form of an endorsement of this stipulation, in accordance with USDC-NDCA Local Rule 7-12, is provided below.

DATED:  August 13, 2010

                    LAW OFFICES OF EDWARD F. MITCHELL

                    s/  Edward F. Mitchell

By_____
      EDWARD F. MITCHELL
      EFMLawSF@juno.com

Attorney for plaintiffs

DATED:  August 13, 2010

                    BRIAN W. NEWCOMB, ATTORNEY AT LAW

                    s/ Brian W. Newcomb

By_____
      BRIAN W. NEWCOMB
      brianwnewcomb@gmail.com

Attorney for defendants SOLDADO CORPORATION, a California corporation; and GABRIEL GONZALEZ, JR.

///

STIPULATION AND ORDER RE JOINT APPLICATION FOR CONTINUANCE OF DEADLINE
FOR FILING OF F. R. Civ. P. RULE 26(f) REPORT AND CONTINUANCE
OF INITIAL CASE MANAGEMENT CONFERENCE
*Page 4*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Initial Case Management Conference is reset for 10/27/10 at 1:30 p. m. A joint CMC statement shall be filed by 10/20/10. Plaintiff shall serve a copy of this order upon all defendants who are not registered CM/ECF users in this Court. Plaintiffs are ordered to serve a copy of this order upon all defendants immediately.

Date: August 13, 2010



_____
TRATE JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIPULATION AND ORDER RE JOINT APPLICATION FOR CONTINUANCE OF DEADLINE
FOR FILING OF F. R. Civ. P. RULE 26(f) REPORT AND CONTINUANCE
OF INITIAL CASE MANAGEMENT CONFERENCE
Page 5

# CERTIFICATE OF SERVICE

[WHEN NOT ALL CASE PARTICIPANTS ARE REGISTERED FOR
THE USDC-NDCA CM/ECF SYSTEM]

I hereby certify that I electronically filed the foregoing STIPULATION AND [PROPOSED] ORDER RE JOINT APPLICATION FOR CONTINUANCE OF DEADLINE FOR FILING OF F. R. CIV. P. 26(F) REPORT AND CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE with the Clerk of Court for the United States Court District Court for the Northern District of California using the USDC-NDCA CM/ECF system on August 13, 2010.

Participants in this action who are registered CM/ECF users will be served by the USDC-NDCA CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I certify that have mailed the foregoing document by United States Postal Service first class mail, postage pre-paid, or have dispatched it to a third-party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants at the addresses shown below:

Brian J. Engel, Esq.
c/o BJE, Inc.
4410 West Lake Harriet Parkway, Suite 200
Minneapolis, Minnesota  55410

BJE, Inc.
c/o Brian J. Engel, Esq.
4410 West Lake Harriet Parkway, Suite 200
Minneapolis, Minnesota  55410

Jose Israel Castillo Robles
c/o JC Funding Solutions, Inc.
Prado Verde 1347
Los Mochis Sinaloa
Mexico

JC Funding Solutions, Inc.
c/o Jose Israel Castillo Robles
Prado Verde 1347
Los Mochis Sinaloa
Mexico

1 | DATE:  August 13, 2010

3 |                 s/  Edward F. Mitchell

STIPULATION AND ORDER RE JOINT APPLICATION FOR CONTINUANCE OF DEADLINE FOR FILING OF F. R. Civ. P. RULE 26(f) REPORT AND CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE
*Page 7*