IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN J WATSON, et al., | |
| Plaintiffs, | No. C 10-01394 JSW |
| v. | |
| SOLDADO CORPORATION, et al., | **ORDER TO SHOW CAUSE** |
| Defendants. | |

The Court held a further case management conference in this action on September 16, 2011. Defendant Brian J. Engel ("Engel") failed to appear at the case management conference. Therefore, the Court ORDERS Engel to show cause in writing by no later than **October 4, 2011**, why he should not be sanctioned in the amount of $500 for his failure to appear. Failure to respond to this Order by **October 4, 2011** shall result in the imposition of monetary sanctions in the amount of $500.

**IT IS SO ORDERED.**

Dated: September 19, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN J WATSON et al,<br><br>    Plaintiff,<br><br>  v.<br><br>SOLDADO CORPORATION et al,<br><br>    Defendant. | Case Number: CV10-01394 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 19, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brian J. Engel
4410 W Lake Harriet Parkway #200
Minneapolis, MN 55410

Dated: September 19, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk