IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALAN J WATSON, et al.,

    Plaintiffs,                                No. C 10-01394 JSW

  v.

SOLDADO CORPORATION, et al.,          **ORDER DISCHARGING ORDER TO SHOW CAUSE**

    Defendants.

     The Court has received the response to the order to show cause by Defendant Brian J. Engel ("Engel") and HEREBY DISCHARGES the order to show cause dated September 19, 2011. However, Engel is admonished that unless and until the Court or Plaintiffs dismiss the claims against him or judgment in entered on those claims, this action is still proceeding. As long as this matter is ongoing, Engel has an obligation to participate in the Court proceedings. Engel is further admonished that future violations of this Court's orders will be sanctioned.

    **IT IS SO ORDERED.**

Dated: November 15, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ALAN J WATSON et al,

    Plaintiff,

  v.

SOLDADO CORPORATION et al,

    Defendant.

Case Number: CV10-01394 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 15, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

BJE Inc
4410 W Lake Harriet Parkway, #200
Minneapolis, MN 55410

JC Funding Solutions Inc
Prado Verde 1347
Los Mochis Sinaloa,

Brian J. Engel
4410 W Lake Harriet Parkway #200
Minneapolis, MN 55410

Jose Israel Castillo Robles
Prado Verde 1347
Los Mocis Sinaloa,

Dated: November 15, 2011

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk