UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

ALAN J. WATSON, et al.,
    Plaintiffs,

No. C 10-1394 JSW

v.
SOLDADO CORPORATION, et al.,
    Defendants.

**ORDER RE: ATTENDANCE AT MEDIATION**

Date: December 6, 2011
Mediator: Daniel Sharp

    IT IS HEREBY ORDERED that the request to excuse defendant Brian Engel from appearing in person at the December 6, 2011 mediation before Daniel Sharp is GRANTED. Mr. Engel shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

    IT IS SO ORDERED.

November 29, 2011     By: _____
Dated                                    Elizabeth D. Laporte
                                                       United States Magistrate Judge