Brian W. Newcomb     (CSB # 55156)
ATTORNEY AT LAW
770 Menlo Avenue, Suite 101
Menlo Park, California 94025
650-322-7780     TELEPHONE
650-322-7740     FAX

Attorney for defendants SOLDADO CORPORATION,
a California corporation, and GABRIEL GONZALEZ, JR.

Edward F. Mitchell     (CSB # 135557)
LAW OFFICES OF EDWARD F. MITCHELL
1750 Montgomery Street
San Francisco, California 94111
415-265-4220     TELEPHONE
415-449-3562     FAX
EFMLawSF@juno.com     E-MAIL

Attorneys for plaintiffs ALAN J. WATSON;
CASH FLOW FINANCIAL, LLC, a Michigan limited
liability company; GALVESTON MATRIX
DIVERSIFIED TRUST, an Ohio business trust;
and DAVID F. KLIMA, individually and in his
capacity as Trustee of Galveston Matrix
Diversified Trust

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ALAN J. WATSON; CASH FLOW FINANCIAL, LLC, a Michigan limited liability company; GALVESTON MATRIX DIVERSIFIED TRUST, an Ohio business trust; and DAVID F. KLIMA, individually and in his capacity as Trustee of Galveston Matrix Diversified Trust,<br><br>    Plaintiffs,<br><br>vs.<br><br>SOLDADO CORPORATION, a California corporation; GABRIEL GONZALEZ, JR.; JC FUNDING SOLUTIONS, INC. a Minnesota corporation; JOSE ISRAEL CASTILLO ROBLES; BRIAN J. ENGEL; BJE, INC., a Minnesota corporation; and DOES 1 to 10 inclusive,<br><br>    Defendants. | Case No. CV-10-1394-JSW<br><br>JOINT MOTION, STIPULATION, AND [PROPOSED] ORDER RE CLOSING DATES FOR COMPLETION OF MEDIATION AND FACT DISCOVERY<br><br>DATE:   NO HEARING REQUESTED<br>TIME:   NO HEARING REQUESTED<br>ROOM:   COURTROOM 11<br>          19TH FLOOR<br>TRIAL:   5-21-2012 |

Defendants SOLDADO CORPORATION, GABRIEL GONZALEZ, JR., and BRIAN J. ENGEL, and plaintiffs ALAN J. WATSON, CASH FLOW FINANCIAL, LLC, GALVESTON MATRIX DIVERSIFIED TRUST, and DAVID F. KLIMA, hereby stipulate and agree (in accordance with USDC-NDCA Local Rules 7-1(a)(2), 6-1(b), and 6-2, and ADR Local Rule 6-5), and jointly request the Court (in accordance with USDC-NDCA Local Rule 7-12), to modify two pre-trial deadlines: A) the closing date for completion of mediation to accommodate a new mediation schedule tentatively adopted by the mediator and the parties, which modification requires Court approval; and, B) the closing date for fact discovery to accommodate the needs of defendant Gonzalez, who is confronting special circumstances concerning location and production of documents. The moving and stipulating parties include all parties who have lawfully appeared in this action. The grounds for this joint motion and stipulation are as follows:

1. On September 27, 2011, the ADR Clerk filed and served a notice appointing J. Daniel Sharp as mediator. In accordance with ADR Local Rule, 6-4(b), the mediation would have to be conducted by December 26, 2011; however, the Court earlier had modified this deadline in its ORDER SCHEDULING TRIAL AND PRETRIAL MATTERS of September 20, 2011(ECF DOC # 74 ¶ C), setting the deadline for completion of mediation at December 15, 2011. The mediator has conducted several pre-mediation telephone conferences, and the mediation was scheduled to occur December 6, 2011. However, the mediator encountered a scheduling conflict and, at a telephone conference held by the mediator, it was determined by all parties present that it would be best for the mediation to occur in January in order to accommodate further document production by defendant Gonzalez (see ¶ 2 below). Therefore,

subject to approval by the Court, the mediation was tentatively scheduled for January 19, 2011, with mediation briefs due January 12, 2011. All parties and the mediator endorse and support this schedule, and the parties therefore jointly request the Court to extend the deadline for completion of the mediation until January 31, 2011, allowing a few additional days after the first scheduled session in the event the mediation appears promising at its first session but would require a second session to conclude. All parties move the Court for its order to this effect, and the mediator endorses it and has authorized the parties so to inform the Court.

2. In its SCHEDULING ORDER referenced above (ECF DOC # 74 ¶ A), the Court, at the request of the parties, set December 5, 2011 as the last day for completion of fact discovery. Since that time, defendant Gonzalez has realized that he faces unusual circumstances with respect to location and production of existing documents that are relevant to this action. Gonzalez was a principal in Soldado Corporation, a construction company, which also is a defendant here. Soldado Corporation has been dissolved, and Gonzalez has filed a personal bankruptcy petition and been discharged. Thereafter, documents concerning Soldado's construction projects, Gonzalez's personal bankruptcy, and the transactions that are at the subject matter of this action all were physically moved into storage areas at Gonzalez's home and at the homes of other family members. During this process, the documents were mixed within and among storage boxes, so that all documents, of whatever kind, apparently now are in no accessible order. In order for Gonzalez to produce the documents that are at issue in this action, he therefore must go through all of the records – including all of Soldado's construction project records, his own personal

3

bankruptcy records, as well as the records related to the transactions that are the subject of this case (and several similar transactions involving the same or similar parties). It has been impossible to do this quickly, and Gonzalez needs additional time to complete it. The parties therefore jointly request that fact discovery remain open until February 20, 2011 so that these documents can be located and enough time will be available for follow-up discovery once they have been produced. All parties have agreed to this proposed deadline.

3. The moving and stipulating parties have requested no previous continuances or adjustments in the pre-trial or trial schedule since the current schedule was put in place; earlier requested extensions under the first scheduling order were due to the uncertain status of defendant Engel, whose motion to set aside the default against him was pending and from whom no discovery then could be taken.

4. The moving and stipulating parties do not anticipate that this extension of the deadlines sought in this joint motion and stipulation will impact other deadlines set in the Court's currently-operative ORDER SCHEDULING TRIAL AND PRETRIAL MATTERS of September 20, 2011, and therefore do not request that any other dates or deadlines established therein be changed at this time.

WHEREFORE defendants Soldado Corporation, Gonzalez, and Engel and plaintiffs Watson and CFF hereby stipulate and agree and request the Court to order that the deadline for completion of mediation be moved to January 31, 2011 and that the date for closing of fact discovery be set at February 20, 2011.

///

///

DATE: December 2, 2011

       s/ Brian W. Newcomb

       _____

       BRIAN W. NEWCOMB

       Attorney for defendants Gabriel Gonzalez, Jr.
       and Soldado Corporation

DATE: December 2, 2011

       LAW OFFICES OF EDWARD F. MITCHELL

       s/ Edward F. Mitchell

       By_____
         Edward F. Mitchell

       Attorneys for plaintiffs ALAN J. WATSON;
       CASH FLOW FINANCIAL, LLC, a Michigan limited
       liability company; GALVESTON MATRIX
       DIVERSIFIED TRUST, an Ohio business trust;
       and DAVID F. KLIMA, individually and in his
       capacity as Trustee of Galveston Matrix
       Diversified Trust

DATE: December ___, 2011

       s/ Brian J. Engel

       _____

       BRIAN J. ENGEL

       In pro per

JOINT MOTION, STIPULATION, AND ORDER RE CLOSING DATES FOR COMPLETION OF
MEDIATION AND FACT DISCOVERY

**ORDER**

PURSUANT TO STIPULATION, it is so ORDERED. The deadline for completion of mediation shale be extended until January 31, 2012, and the date for closing of fact (non-expert) discovery shall be extended to February 20, 2012.

DATE: December 5, 2011

_____
HONORABLE JEFFREY S. WHITE
United Stated District Judge

JOINT MOTION, STIPULATION, AND ORDER RE CLOSING DATES FOR COMPLETION OF MEDIATION AND FACT DISCOVERY