**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES  DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ALAN J. WATSON, et al.,<br>    Plaintiffs, | No. C 10-1394 EMC |
| v.<br>CASH FLOW FINANCIAL LLC, et al.,<br>    Defendants. | **ORDER RE: ATTENDANCE AT MEDIATION** |
| | Date:        January 16, 2012<br>Mediator:   Daniel Sharp |

    IT IS HEREBY ORDERED that the request to excuse plaintiffs' federal receiver from appearing in person at the January 16, 2012, mediation before Daniel Sharp is GRANTED.  The receiver participate telephonically in the mediation unless or until excused by the mediator in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

January 13, 2012            By:    _____
Dated                                              Elizabeth D. Laporte
                                              United States Magistrate Judge