1
2
3
4
5              IN THE UNITED STATES DISTRICT COURT
6
7            FOR THE NORTHERN DISTRICT OF CALIFORNIA
8   ALAN J WATSON, et al.,
9              Plaintiffs,                    No. C 10-01394 JSW
10     v.
11  SOLDADO CORPORATION, et al.,              **ORDER TO SHOW CAUSE**
                                             **REGARDING PRETRIAL**
12             Defendants.                    **FILINGS**
                                        /
13
14        This mater is currently scheduled for a pretrial conference on April 30, 2012 at 2:00

15  p.m. Pursuant to the Court's Guidelines for Trial and Final Pretrial Conference in Civil Jury

16  Cases, the parties' pretrial filings were due to be filed by April 16, 2012.  To date, no parties

17  have filed any of their pretrial filings.  Accordingly, Plaintiffs are HEREBY ORDERED TO

18  SHOW CAUSE why this case should not be dismissed for failure to prosecute.  Plaintiffs'

19  response to this Order to Show Cause shall be filed by no later than 10:00 a.m. on April 23,

20  2012.  Plaintiffs are admonished that failure to respond to this Order by 10:00 a.m. on April 23,

21  2012 will result in a dismissal of this action.

22        **IT IS SO ORDERED.**

23

24  Dated: April 17, 2012

25                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE
26
27
28

**United States District Court**
For the Northern District of California