1
2
3
Brian W. Newcomb          (CSB # 55156)
ATTORNEY AT LAW
770 Menlo Avenue, Suite 101
Menlo Park, California  94025
650-322-7780               TELEPHONE
650-322-7740               FAX

4
5
Attorney for defendants SOLDADO CORPORATION,
a California corporation, and GABRIEL GONZALEZ, JR.

6
7
8
9
Edward F. Mitchell          (CSB # 135557)
LAW OFFICES OF EDWARD F. MITCHELL
1750 Montgomery Street
San Francisco, California  94111
415-265-4220               TELEPHONE
415-449-3562               FAX
EFMLawSF@juno.com          E-MAIL

10
11
12
13
Attorneys for plaintiffs ALAN J. WATSON;
CASH FLOW FINANCIAL, LLC, a Michigan limited
liability company; GALVESTON MATRIX
DIVERSIFIED TRUST, an Ohio business trust;
and DAVID F. KLIMA, individually and in his
capacity as Trustee of Galveston Matrix
Diversified Trust

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **ALAN J. WATSON; CASH FLOW FINANCIAL, LLC, a Michigan limited li-ability company; GALVESTON MATRIX DIVERSIFIED TRUST, an Ohio business trust; and DAVID F. KLIMA, individually and in his capacity as Trustee of Galveston Matrix Diversified Trust,**<br><br>*Plaintiffs,*<br><br>vs.<br><br>**SOLDADO CORPORATION, a California corporation; GABRIEL GONZALEZ, JR.; JC FUNDING SOLUTIONS, INC. a Minnesota corporation; JOSE ISRAEL; CASTILLO ROBLES; BRIAN J. ENGEL; BJE, INC., a Minnesota corporation; and DOES 1 to 10 inclusive,**<br><br>*Defendants.* | Case No. CV-10-1394-JSW<br><br>**JOINT MOTION, STIPULATION, AND [PROPOSED] ORDER RE PRE-TRIAL DEADLINES**<br><br>DATE:     NO HEARING REQUESTED<br>TIME:     NO HEARING REQUESTED<br>ROOM:     COURTROOM 11<br>            19TH FLOOR<br>TRIAL:    5-21-2012 |

1

Defendants SOLDADO CORPORATION, GABRIEL GONZALEZ, JR., and BRIAN J. ENGEL, and plaintiffs ALAN J. WATSON, CASH FLOW FINANCIAL, LLC, GALVES-TON MATRIX DIVERSIFIED TRUST, and DAVID F. KLIMA, being all the parties who have appeared in this action, hereby stipulate and agree (in accordance with USDC-NDCA Local Rules 7-1(a)(2), 6-1(b), and 6-2, and ADR Local Rule 6-5), and jointly request the Court (in accordance with USDC-NDCA Local Rule 7-12 and Civil Standing Order ¶ 3), to modify two pre-trial deadlines: A) the deadline for filing of a proposed pre-trial order and other filings in accordance with the Court's GUIDELINES FOR TRIAL AND FINAL PRETRIAL CONFERENCE IN CIVIL JURY CASES ¶¶ 1-2 (requesting until April 27, 2012 to file proposed final judgment/dismissals of the entire action); and, B) the pre-trial conference scheduled for April 30, 2012 (to an appropriate date after April 27, 2012, by which time the parties antici-pate proposed/filed final disposition of this action).  No party will be prejudiced by this appli-cation, because all claims against the only non-appearing parties are to be dismissed in con-junction with the settlement that is described herein.  The grounds for this joint motion and stipulation are as follows:

1.    This action has been settled, and all parties assent to the settlement.  The settlement resolves all claims asserted in this action by and against all parties, including named defendants who have not appeared in the action.

2.    The parties are in the process of memorializing the settlement.  The parties are working cooperatively to document the settlement, and no party anticipates difficul-ty in arriving at mutually-acceptable documentation of the settlement agreement.

3.    As part of the settlement, defendants Gonzalez and Engel are to produce certain documents and information to plaintiffs.

2

4.    All moving and stipulating parties request a short delay in the filing of a proposed

pre-trial order and other pre-trial documents so that they can complete the docu-

mentation of the settlement and file a judgment/dismissal with the Court, and can

complete the exchange of documents and information to be disclosed to plaintiffs in

accordance with the settlement.  The parties anticipate that this can be accom-

plished by April 27, 2012, or sooner.

5.    The parties now are mindful that the Court's GUIDELINES FOR TRIAL AND FINAL

PRETRIAL CONFERENCE IN CIVIL JURY CASES ¶¶ 1-2 required the filing of a pro-

posed pre-trial order and other pre-trial documentation in advance of the pre-trial

conference scheduled for April 30, 2012.  The parties apologize to the Court for

failure to file the proposed pre-trial documents, and request a brief extension within

which to finalize the documentation of their settlement, which is not "in principle"

but has been fleshed out to an extent that permits filing of final judgment/dismissals

within a few days.

6.    The moving and stipulating parties do not anticipate that this extension of the dead-

lines sought in this joint motion and stipulation will impact other deadlines set in

the Court's currently-operative ORDER SCHEDULING TRIAL AND PRETRIAL MATTERS

of September 20, 2011, and therefore do not request that any other dates or dead-

lines established therein be changed at this time.

WHEREFORE defendants Soldado Corporation, Gonzalez, and Engel and all plain-

tiffs hereby stipulate and agree, and request the Court to order, that the deadline for filing of a

proposed pre-trial order and related pre-trial documents be extended until April 27, 2012 and

that the pre-trial conference be postponed to a date and time of the Court's choosing.  The

3

1  moving and stipulating parties are confident that the proposed judgment/dismissals will be

2  filed before April 27, 2012.

3  DATE:  April 20, 2012

4

5                                                          s/ Brian W. Newcomb

6

7                                        _____
                                          BRIAN W. NEWCOMB

8
                                          Attorney for defendants Gabriel Gonzalez, Jr.
9                                         and Soldado Corporation

10

11  DATE:  April 20, 2012

12                                        LAW OFFICES OF EDWARD F. MITCHELL

13

14                                              s/ Edward F. Mitchell

15                                        By_____
                                                Edward F. Mitchell
16

17                                        Attorneys for plaintiffs ALAN J. WATSON;
                                          CASH FLOW FINANCIAL, LLC, a Michigan limited
18                                        liability company; GALVESTON MATRIX
                                          DIVERSIFIED TRUST, an Ohio business trust;
19                                        and DAVID F. KLIMA, individually and in his
                                          capacity as Trustee of Galveston Matrix
20                                        Diversified Trust

21

22
    DATE:  April 20, 2012
23

24

25                                                          s/ Brian J. Engel

26                                        _____
                                          BRIAN J. ENGEL
27

28                                        In pro per

4

**ORDER**

PURSUANT TO STIPULATION, it is so ORDERED.  The deadline for filing of a proposed pre-trial order and other pre-trial documents as required by the Court's GUIDELINES FOR TRIAL AND FINAL PRETRIAL CONFERENCE IN CIVIL JURY CASES ¶¶ 1-2 is postponed until April 27 _____, 2012.  The pre-trial conference shall be held at 2:00 : P M on May 21 _____, 2012.  The trial is CONTINUED to June 11, 2012 at 8:00 a.m.

DATE: _____, 2012

_____
HONORABLE JEFFREY S. WHITE
United States District Judge

JOINT MOTION, STIPULATION, AND ORDER RE PRE-TRIAL DEADLINES