Edward F. Mitchell        (CSB # 135557)
LAW OFFICES OF EDWARD F. MITCHELL
1750 Montgomery Street
San Francisco, California 94111
415-265-4220              TELEPHONE
415-449-3562              FAX
EFMLawSF@juno.com         E-MAIL

Attorneys for plaintiffs ALAN J. WATSON; CASH FLOW FINANCIAL, LLC, a Michigan limited liability company; GALVESTON MATRIX DIVERSIFIED TRUST, an Ohio business trust; and DAVID F. KLIMA, individually and in his capacity as Trustee of Galveston Matrix Diversified Trust

Brian W. Newcomb          (CSB # 55156)
ATTORNEY AT LAW
770 Menlo Avenue, Suite 101
Menlo Park, California 94025
650-322-7780              TELEPHONE
650-322-7740              FAX

Attorney for defendants SOLDADO CORPORATION, a California corporation, and GABRIEL GONZALEZ, JR.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALAN J. WATSON; CASH FLOW FINANCIAL, LLC, a Michigan limited liability company; GALVESTON MATRIX DIVERSIFIED TRUST, an Ohio business trust; and DAVID F. KLIMA, individually and in his capacity as Trustee of Galveston Matrix Diversified Trust,<br><br>Plaintiffs,<br><br>vs.<br><br>SOLDADO CORPORATION, a California corporation; GABRIEL GONZALEZ, JR.; JC FUNDING SOLUTIONS, INC. a Minnesota corporation; JOSE ISRAEL; CASTILLO ROBLES; BRIAN J. ENGEL; BJE, INC., a Minnesota corporation; and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No. CV-10-1394-JSW<br><br>[PROPOSED] FINAL JUDGMENT<br><br>DATE: No Hearing Requested<br>TIME: No Hearing Requested<br>ROOM: Courtroom 11<br>19TH Floor<br>TRIAL: 6-11-2012 |

1

FINAL JUDGMENT

Plaintiffs ALAN J. WATSON; CASH FLOW FINANCIAL, LLC, a Michigan limited liability company; DAVID F. KLIMA; and GALVESTON MATRIX DIVERSIFIED TRUST, an Ohio business trust (collectively hereinafter SETTLING PLAINTIFFS); and defendants GABRIEL GONZALEZ, JR.; SOLDADO CORPORATION, a dissolved California corporation; and BRIAN J. ENGEL (collectively hereinafter SETTLING DEFENDANTS), being all the parties who have appeared in this action, having appeared by their attorneys of record, and having presented for approval by the Court their STIPULATION TO ENTRY OF FINAL JUDGMENT disposing of the entirety of this civil action, including claims against persons and entities who have not appeared or defended,

IT IS ADJUDGED:

1. The STIPULATION TO ENTRY OF FINAL JUDGMENT by and between SETTLING DEFENDANTS and SETTLING DEFENDANTS, attached hereto as EXHIBIT A, is adopted as the JUDGMENT of this Court;

2. All causes of action and claims asserted by SETTLING PLAINTIFFS in this action against any and all defendants, including SETTLING DEFENDANTS, are otherwise dismissed; and,

3. ~~The Court shall maintain continuing jurisdiction to enforce this JUDGMENT.~~

DATE: APR 3 0 2012, 2012

_____
Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT

2

FINAL JUDGMENT

1  Edward F. Mitchell        (CSB # 135557)
   LAW OFFICES OF EDWARD F. MITCHELL
2  1750 Montgomery Street
   San Francisco, California  94111
3  415-265-4220              TELEPHONE
   415-449-3562              FAX
4  EFMLawSF@juno.com         E-MAIL

5  Attorneys for plaintiffs ALAN J. WATSON;
   CASH FLOW FINANCIAL, LLC, a Michigan limited
6  liability company; GALVESTON MATRIX
   DIVERSIFIED TRUST, an Ohio business trust;
7  and DAVID F. KLIMA, individually and in his
   capacity as Trustee of Galveston Matrix
8  Diversified Trust

9  Brian W. Newcomb          (CSB # 55156)
   ATTORNEY AT LAW
10 770 Menlo Avenue, Suite 101
   Menlo Park, California  94025
11 650-322-7780              TELEPHONE
   650-322-7740              FAX
12
   Attorney for defendants SOLDADO CORPORATION,
13 a California corporation, and GABRIEL GONZALEZ, JR.

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                       SAN FRANCISCO DIVISION

17
   ALAN J. WATSON; CASH FLOW           ) Case No. CV-10-1394-JSW
18 FINANCIAL, LLC, a Michigan limited li-)
   ability company; GALVESTON          ) STIPULATION TO ENTRY OF
19 MATRIX DIVERSIFIED TRUST, an Ohio   ) FINAL JUDGMENT
   business trust; and DAVID F. KLIMA, )
20 individually and in his capacity as Trustee )
   of Galveston Matrix Diversified Trust, ) DATE:  NO HEARING REQUESTED
21                                      ) TIME:  NO HEARING REQUESTED
       *Plaintiffs,*                    ) ROOM:  COURTROOM 11
22                                      )        19TH FLOOR
   vs.                                  ) TRIAL: 6-11-2012
23                                      )
   SOLDADO CORPORATION, a California    )
24 corporation; GABRIEL GONZALEZ, JR.;  )
   JC FUNDING SOLUTIONS, INC. a         )
25 Minnesota corporation; JOSE ISRAEL;  )
   CASTILLO ROBLES; BRIAN J. ENGEL;     )
26 BJE, INC., a Minnesota corporation; and )
   DOES 1 to 10 inclusive,              )
27                                      )
       *Defendants.*                    )
28                                      )

                                        1

Plaintiffs ALAN J. WATSON; CASH FLOW FINANCIAL, LLC, a Michigan limited liability company; DAVID F. KLIMA; and GALVESTON MATRIX DIVERSIFIED TRUST, an Ohio business trust (collectively hereinafter SETTLING PLAINTIFFS); and defendants GABRIEL GONZALEZ, JR.; SOLDADO CORPORATION, a dissolved California corporation; and BRIAN J. ENGEL (collectively hereinafter SETTLING DEFENDANTS), being all the parties who have appeared in this action, and their attorneys of record, hereby STIPULATE and AGREE:

1. Judgment may be entered in favor of plaintiffs in the form attached hereto as EXHIBIT A, as the same may be modified by the Court;

2. Defendants ENGEL and BJE shall pay to SETTLING PLAINTIFFS, in accordance with the terms of a SETTLEMENT AGREEMENT AND GENERAL RELEASE executed in conjunction with and of even date with this stipulation, the principal sum of Twenty Thousand Dollars and No Cents ($20,000.00), with interest of ten percent (10%) per annum in accordance with California Civil Code § 685.010, in equal monthly payments, with total repayment of principal and interest to be complete within one year of the date of entry of the Court's judgment;

3. Defendants GONZALEZ and SOLDADO shall pay to SETTLING PLAINTIFFS, in accordance with the terms of a SETTLEMENT AGREEMENT AND GENERAL RELEASE executed in conjunction with and of even date with this stipulation, the principal sum of Five Thousand Dollars and No Cents ($5,000.00), with interest of ten percent (10%) per annum in accordance with California Civil Code § 685.010, in equal monthly payments, with total repayment of principal and interest to be complete within one year of the date of entry of the Court's judgment;

4. SETTLING PLAINTIFFS and SETTLING DEFENDANTS assent and consent to the continuing jurisdiction of the Court for the purpose of enforcing the judgment herein, the proposed form of which is attached hereto as EXHIBIT A.

DATED: April 26, 2012

SOLDADO CORPORATION, a dissolved
California corporation

By _____
   Gabriel Gonzalez, Jr.
   Its

DATED: April 26, 2012

_____
GABRIEL GONZALEZ, JR.

DATED: April   , 2012

BJE, INC., a Minnesota corporation

By _____
   Brian J. Engel
   Its

DATED: April   , 2012

_____
BRIAN J. ENGEL

3

STIPULATION TO ENTRY OF FINAL JUDGMENT

Case 3:10-cv-01394-JSW  Document 91  Filed 04/30/12  Page 6 of 9
04/26/2012  12:42 Franklin Ch! represent!c
Case3:10-cv-01394-JSW  Document90-1  Filed04/26/12  Page4 of 7  (FAX)6128711307  P.002/002

4. SETTLING PLAINTIFFS and SETTLING DEFENDANTS assent and consent to the continuing jurisdiction of the Court for the purpose of enforcing the judgment herein, the proposed form of which is attached hereto as EXHIBIT A.

DATED: April ___, 2012                    DATED: April ___, 2012

SOLDADO CORPORATION, a dissolved
California corporation

By _____        _____
    Gabriel Gonzalez, Jr.                     GABRIEL GONZALEZ, JR.
    Its

DATED: April 26, 2012                     DATED: April 26, 2012

BJE, INC., a Minnesota corporation

By _____        _____
    Brian J. Engel                            BRIAN J. ENGEL
    Its President

Case 3:10-cv-01394-JSW   Document 91   Filed 04/30/12   Page 7 of 9
Case3:10-cv-01394-JSW   Document90-1   Filed04/26/12   Page5 of 7
04/26/2012  14:13    4406321823            SHETLER PRINTING            PAGE  01

| | | |
|---|---|---|
| 1 | DATED: April ___, 2012 | DATED: April ___, 2012 |
| 2 | CASH FLOW FINANCIAL, LLC, a Michigan limited liability company | |

By_____
   Alan J. Watson
   Member

ALAN J. WATSON

DATED: April 26, 2012

DATED: April 26, 2012

GALVESTON MATRIX DIVERSIFIED TRUST, an Ohio business trust

By _____D a v i d  F.  K l i m a ,  T T E_____
   David F. Klima
   Trustee

DAVID F. KLIMA

Approved as to form by

Approved as to form by

April ___, 2012

April ___, 2012

_____
BRIAN W. NEWCOMB
Attorney for defendants
GABRIEL GONZALEZ, JR. and
SOLDADO CORPORATION

_____
EDWARD F. MITCHELL
Attorney for plaintiffs

4

STIPULATION TO ENTRY OF FINAL JUDGMENT

```
 1  DATED: April    , 2012                        DATED: April    , 2012

 2  CASH FLOW FINANCIAL, LLC, a
    Michigan limited liability company
 3

 4

 5
    By_____           _____
 6         Alan J. Watson                              ALAN J. WATSON
           Member
 7

 8
    DATED: April    , 2012                        DATED: April    , 2012
 9

10  GALVESTON MATRIX DIVERSIFIED
    TRUST, an Ohio business trust
11

12

13

14  By_____           _____
           David J. Klima                              DAVID J. KLIMA
15         Trustee

16  Approved as to form by                       Approved as to form by

17  April 26, 2012                               April    , 2012
18

19

20

21

22  [signature: Brian W. Newcomb]
23  _____              _____
       BRIAN W. NEWCOMB                             EDWARD F. MITCHELL
24     Attorney for defendants                      Attorney for plaintiffs
       GABRIEL GONZALEZ, JR. and
25     SOLDADO CORPORATION

26

27

28
                                          4
                     STIPULATION TO ENTRY OF FINAL JUDGMENT
```

| | |
|---|---|
| DATED: April ___, 2012 | DATED: April ___, 2012 |
| CASH FLOW FINANCIAL, LLC, a Michigan limited liability company | |
| By _____/s/ Alan J. Watson_____<br>Alan J. Watson<br>Member | _____/s/ Alan J. Watson_____<br>ALAN J. WATSON |
| DATED: April 26, 2012 | DATED: April 26, 2012 |
| GALVESTON MATRIX DIVERSIFIED TRUST, an Ohio business trust | |
| By _____<br>David J. Klima<br>Trustee | _____<br>DAVID J. KLIMA |
| Approved as to form by<br>April ___, 2012 | Approved as to form by<br>April 26, 2012 |
| _____<br>BRIAN W. NEWCOMB<br>Attorney for defendants<br>GABRIEL GONZALEZ, JR. and<br>SOLDADO CORPORATION | _____/s/ E. Mitchell_____<br>EDWARD F. MITCHELL<br>Attorney for plaintiffs |

4

STIPULATION TO ENTRY OF FINAL JUDGMENT